UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOBERY FAMILY LIMITED PARTNERSHIP, d/b/a Carrolton Gardens Apartments by its Agent the Berkshire Company, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:15CV988 AGF ) |
| KIMBERLY HARRIS, | ) ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

Defendant filed a notice of removal of this landlord-tenant action in the Circuit Court of St. Louis County, *Soberly Family Limited Partnership v. Harris*, No. 15SL-AC11664. She invoked federal-question jurisdiction in her notice.

The Court has reviewed the state court proceedings and finds no basis for this Court's jurisdiction, either under 28 U.S.C. § 1331 or § 1332. And on June 26, 2015, Defendant entered into a consent judgment with Plaintiff for past rent in the amount of $3,444.25 plus costs. *Accessed on* Missouri Case.net. Therefore, the Court lacks subject matter jurisdiction, and this case is remanded under 28 U.S.C. § 1447(c).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for leave to proceed in forma pauperis [ECF No. 3] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is remanded to the Circuit Court of St. Louis County, with reference to *Soberly Family Limited Partnership v. Harris*, No. 15SL-AC11664.

**IT IS HEREBY CERTIFIED** that an appeal would not be taken in good faith.

Dated this 6th day of July, 2015.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE